IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00429-SKC

DEIDRE "DEE" SMITH,

    Plaintiff,

v.

CATERPILLAR, INC.

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, John-Paul C. Sauer of Goodspeed Merrill for Plaintiff Deidre "Dee" Smith, and Sharilee K. Smentek and Katherine Mendez of Seyfarth Shaw LLP for Defendant Caterpillar Inc., submit this Stipulation for Dismissal With Prejudice, and state as follows:

The parties have resolved all claims in this matter, and hereby stipulate and agree to a dismissal of the action with prejudice, each party to pay her and its own attorney fees and costs. The parties further stipulate and agree that this action may be dismissed with prejudice without any further notice to any party hereto.

Respectfully submitted this 2nd day of May, 2022.

| *s/ John-Paul C. Sauer* | *s/ Sharilee K. Smentek* |
|---|---|
| John-Paul C. Sauer, Esq. | Sharilee K. Smentek, Esq. |
| Goodspeed Merrill | Katherine Mendez, Esq. |
| 9605 S. Kingston Court, Suite 200 | Seyfarth Shaw LLP |
| Englewood, CO 80112 | 233 S. Wacker Drive, Suite 8000 |
| Telephone: (720) 473-7644 | Chicago, IL 60606 |

<table>
<tr><td>Email: Jsauer@goodspeedmerrill.com

*Attorneys for Plaintiff*</td><td>Telephone: (312) 460-5000
Email:  ssmentek@seyfarth.com
         kmendez@seyfarth.com

*Attorneys for Defendant*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Sharilee K. Smentek, Esq.
Katherine Mendez, Esq.
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Email:  ssmentek@seyfarth.com
         kmendez@seyfarth.com

*Attorneys for Defendant*

                                              *s/ John-Paul C Sauer*
                                              John-Paul C. Sauer